**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **MYRA CANTU,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.  1:22-cv-821** |
| | § | |
| **J.P. MORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

COMES NOW, Defendant J.P. MORGAN CHASE BANK, N.A., more properly identified as JPMorgan Chase Bank, N.A., and files this, its Notice of Appearance of Additional Counsel and respectfully requests all notices given or required to be given in this case, and in any case consolidated with this case, and all papers served or required to be served in this case be given to and served upon Gregg D. Stevens, as follows:

**GREGG D. STEVENS**
State Bar No. 19182500
**MCGLINCHEY STAFFORD, PLLC**
Three Energy Square
6688 North Central Expressway, Suite 400
Dallas, Texas 75206
Telephone:  (214) 445-2445
Facsimile:  (214) 445-2450
gstevens@mcglinchey.com

Respectfully submitted,


By: _/s/ Gregg D. Stevens_

**GREGG D. STEVENS**
Texas State Bar No. 19182500
**MCGLINCHEY STAFFORD PLLC**
Three Energy Square
6688 N. Central Expressway, Ste. 400
Dallas, Texas 75206
Telephone: (214) 445.2445
Facsimile: (214) 445.2450
gstevens@mcglinchey.com

**KATHRYN B. DAVIS**
Texas State Bar No. 24050364
**MCGLINCHEY STAFFORD PLLC**
1001 McKinney Street, Ste. 1500
Houston, Texas 77002
Telephone:  (713) 335-2136
Facsimile:  (713) 520-1025
kdavis@mcglinchey.com

*ATTORNEYS FOR DEFENDANT J.P.*
*MORGAN CHASE BANK N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2022, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all parties, by and through their attorneys of record, in accordance with Federal Rules of Civil Procedure.


*/s/ Gregg D. Stevens*
GREGG D. STEVENS